# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV334

| | |
|---|---|
| O. M. LEDFORD, JR., )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on referral from the District Court for consideration of the parties' consent motion for substitution of Plaintiff's counsel, Margaret B. DeVries.

It appearing Plaintiff has consented to the substitution of Russell R. Bowling as his attorney and Mr. Bowling has agreed to represent Plaintiff in this action,

**IT IS, THEREFORE, ORDERED** that the parties' consent motion is **ALLOWED**, and Russell R. Bowling is hereby substituted as Plaintiff's counsel herein.

**IT IS FURTHER ORDERED** that Margaret B. DeVries is hereby relieved of further responsibility for the representation of the Plaintiff herein.

The Clerk shall make the appropriate notations in the docket record.

Signed: May 8, 2009

Dennis L. Howell
United States Magistrate Judge