IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:07cv334

| | |
|---|---|
| O.M. LEDFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission of attorney Charles Martin as counsel *pro hac vice*. [Doc. 22].

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 22] is **ALLOWED**, and Charles Martin is hereby granted *pro hac vice* admission to the bar of this Court *nunc pro tunc* to the filing of this action, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 9, 2010

Martin Reidinger
United States District Judge