# United States District Court
# For The Western District of North Carolina
# Asheville Division

O. M. LEDFORD,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                1:07cv334

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 16, 2010 Memorandum of Decision and Order.

The Judgment is entered in favor of and payable to the Plaintiff and against the Defendant in the amount of $2,379.93 for attorney's fees awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The Plaintiff is further awarded $350.00 in costs, to be certified by the Office of the United States Attorney to the Department of Treasury for payment from the Judgment Fund.

                                                    Signed: December 16, 2010

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court